IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kenneth Michael Brown,                  Case No: 3:20-cv-01742-JGC

    Plaintiff,

v.                                     **ORDER**

Commissioner of Social Security,

    Defendant.

This is an appeal from the denial of Social Security benefits. I referred the petition to a Magistrate Judge for filing of a Report & Recommendation, which the Magistrate Judge has filed (Doc. 21). In the Report & Recommendation, the Magistrate Judge duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT** the Magistrate Judge's Report & Recommendation (Doc. 21) be, and the same hereby is, adopted as the order of this court, and the petition be, and the same hereby is, **DENIED**. The Clerk of Court shall mark this matter closed.

So ordered.

                                            /s/ James G. Carr
                                            Sr. U.S. District Judge